```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 21997
    CHRISTOPHER CASEY
    DICHELLE CASEY                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

              Debtor
    SSN XXX-XX-2627     SSN XXX-XX-9269

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 11/21/2007 and was confirmed 01/28/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  10.00%.

       The case was dismissed after confirmation 06/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED            .00           .00
AMERICASH LOANS LLC        UNSECURED       1431.92             .00           .00
CITI RESIDENTIAL LENDING   CURRENT MORTG       .00             .00           .00
CITI RESIDENTIAL LENDING   MORTGAGE ARRE   1833.83             .00           .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC  14113.00          440.37        311.73
SHERWIN WILLIAMS CREDIT    SECURED NOT I  NOT FILED            .00           .00
SHERWIN WILLIAMS CREDIT    UNSECURED      NOT FILED            .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS    39377.60             .00           .00
IL STATE DISBURSEMENT UN   UNSECURED      NOT FILED            .00           .00
SHARON WASHINGTON          NOTICE ONLY    NOT FILED            .00           .00
AT&T LAW DEPARTMENT        UNSECURED      NOT FILED            .00           .00
CITICORP CREDIT SERVICES   UNSECURED      NOT FILED            .00           .00
CITICORP CREDIT SERVICES   UNSECURED      NOT FILED            .00           .00
CITICORP CREDIT SERVICES   UNSECURED      NOT FILED            .00           .00
CITICORP CREDIT SERVICES   UNSECURED      NOT FILED            .00           .00
CITICORP CREDIT SERVICES   UNSECURED      NOT FILED            .00           .00
CITICORP CREDIT SERVICES   UNSECURED      NOT FILED            .00           .00
CITICORP CREDIT SERVICES   UNSECURED      NOT FILED            .00           .00
CITIBANK                   UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED       9000.00             .00           .00
LVNV FUNDING LLC           UNSECURED        243.54             .00           .00
ECMC                       UNSECURED      12297.62             .00           .00
ICS PAYDAY LOANS           UNSECURED      NOT FILED            .00           .00
MIDSTATE COLLECTION SOLU   UNSECURED      NOT FILED            .00           .00
DAKOTA STATE BANK          UNSECURED        447.39             .00           .00
SANTA BARBARA BANK & TRU   UNSECURED       1900.00             .00           .00
WATSON MOTORSPORT LTD      UNSECURED      NOT FILED            .00           .00
WOW INTERNET AND CABLE     UNSECURED      NOT FILED            .00           .00
ILLINOIS DEPT OF REV       PRIORITY          72.09             .00           .00
ILLINOIS DEPT OF REV       UNSECURED         30.00             .00           .00
COOK COUNTY TREASURER      SECURED          866.04             .00         75.00
BOSE CORPORATION           UNSECURED      NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21997 CHRISTOPHER CASEY & DICHELLE CASEY
```

```
SPRINT-NEXTEL CORP        UNSECURED         219.95           .00         .00
CAPITAL ONE AUTO FINANCE  UNSECURED        1086.62           .00         .00
ISAC                      UNSECURED       23677.50           .00         .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      42.00           .00       42.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,500.00                   1,097.40
TOM VAUGHN                TRUSTEE                                      171.00
DEBTOR REFUND             REFUND                                       990.00

       Summary of Receipts and Disbursements:
     ------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
     ------------------------------------------------------------------------
TRUSTEE                   3,127.50

PRIORITY                                           42.00
SECURED                                           386.73
    INTEREST                                      440.37
UNSECURED                                            .00
ADMINISTRATIVE                                  1,097.40
TRUSTEE COMPENSATION                              171.00
DEBTOR REFUND                                     990.00
                          --------------      --------------
TOTALS                    3,127.50              3,127.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE